RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 6/10/11
BY glr

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

CHARLES RAY LACHNEY          DOCKET NO. 11-CV-208; SEC. P
(D.O.C. #479864)

VERSUS                       JUDGE DEE D. DRELL

TIM WILKINSON, ET AL.        MAGISTRATE JUDGE JAMES D. KIRK

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED THAT** the following inmate defendants be **DISMISSED** from the above-captioned civil rights suit: Roland Ranker, LaBark Refuge, Pierre Davis, Phillipian Gater, Brian Williams, and Robert Victory

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 10th day of June, 2011.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE