RECEIVED
IN ALEXANDRIA, LA.

FEB 29 2012

TONY R. MOORE, CLERK
BY_____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| CHARLES RAY LACHNEY,<br>Plaintiff | CIVIL ACTION<br>SECTION "P"<br>1:11-CV-00208 |
| VERSUS | |
| TIM WILKINSON, et al.,<br>Defendants | JUDGE James T. Trimble, Jr.<br>MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Lachney's complaint is DISMISSED WITHOUT PREJUDICE for failure to exhaust administrative remedies.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 29th day of _____, 2012.

James T. Trimble, Jr.
UNITED STATES DISTRICT JUDGE